THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest
 of:  Kentwan L., A Minor Under the Age of Seventeen, Appellant.
 
 
 

Appeal From Richland County
Marion D. Myers, Family Court Judge
Unpublished Opinion No. 2008-UP-343
Submitted July 1, 2008  Filed July 10,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Kentwan L. pled guilty to (1) failing to stop on
 police command; (2) possession of a pistol by a person under the age of twenty
 one; and (3) shoplifting.  Kentwan L. was found delinquent and committed to the
 South Carolina Department of Juvenile Justice for an indeterminate period of
 time not to exceed his twenty first birthday.  Kentwan L. appeals his guilty
 plea, arguing his guilty plea did not comply with the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Kentwan L.s
 appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.